UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81138-CIV-DIMITROULEAS

LINDA REICHMAN, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC ONLY

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Defendant Trans Union, LLC Only (the "Joint Stipulation") [DE 63], filed herein on May 26, 2020. The Court has carefully reviewed the Joint Stipulation [DE 63] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 63] is **APPROVED**; and

2. Defendant Trans Union, LLC is hereby **DISMISSED WITH PREJUDICE**;

3. This case remains open and pending as to the remaining Defendants.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 26th day of May, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record