UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81138-CIV-DIMITROULEAS

LINDA REICHMAN, on behalf of
herself and all others similarly situated,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice as to Defendant Experian Information Solutions, Inc. Only (the "Joint Stipulation") [DE 65], filed herein on June 25, 2020. The Court has carefully reviewed the Joint Stipulation [DE 65] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation [DE 65] is **APPROVED**; and

2.     Defendant Experian Information Solutions, Inc. is hereby **DISMISSED WITH PREJUDICE**;

3.     This case remains open and pending as to the remaining Defendant.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 25th day of June, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record